UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 23, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIA CONTRERAS,<br><br>　　　　　Defendant. | Case No. 2:21-MJ-00061-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTONIA CONTRERAS ,

Case No.  2:21-MJ-00061-AC  Charge 21 USC § 841(a)(1) , from custody for the following reasons:

　　　　　_____　Release on Personal Recognizance

　　　　　__X__　Bail Posted in the Sum of $ ____170,000____

　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　_____　Appearance Bond with 10% Deposit

　　　　　_____　Appearance Bond with Surety

　　　　　_____　Corporate Surety Bail Bond

　　　　　__X__　(Other):  Pretrial conditions as stated on the record.

Issued at Sacramento, California on April 23, 2021 at 3:00 PM

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire